# EXHIBIT A





# Tomeny and Poskevich Win First Weems-Slayden Memorial Scholarships



Ace Tomeny

The first student to win the newly established $2,500 Weems-Slayden Memorial Award is TALLAS H. TOMENY of Waverly Central High School, Waverly, Tennessee, better known to his friends as "Ace." A 1990 graduating senior, Ace is a Senior Athletic Letterman, Captain of the 1989 WCHS Football Team and the number two seed on the WCHS Tennis Team. Though Ace was not the top scholar of the senior class this year, he excelled in his determination to overcome adversity; his desire to get a college education and his ambition for a career in the United States Armed Forces.






FENCE!

(77) BB.BB

Tallas about the jump
out of the
10 ft Gt.





Tallas
In front of the A-10. Which is the elite Assault aircraft.

I (Tallas) force a smile when I'm flying. (onboard the CH-47 inflight).
July 1988

Tallas (I'm back) in front of the world famous 30mm Gatlin Gun Tank Killer mounted on the A-10 Thunderbolt.
July 1988

preflight inspection of the A-10 thunderbolt.
Tallas

1Lt. Tallas H. Tomeny "ACE"          14 June, 1988
320 Welch rd., Apt. G-7
Nashville, Tenn. 37211

Dear Grandmother and Grandfather,

How have you been doing lately? I should hope that you two are doing well. Hows Nana? I do pray that she is recovering and feeling better. It indeed has been a while since I have written so allow me now to give you a status report on the proceedings of my life:

Well tis the end of the school year. I have surmounted the 10th grade; though I have won, it was not a sweeping victory for my wounds from the fray are deep and unheeling. I have enclosed my final report cards. As you will observe, my 4th and 5th six weeks grades are not as well as they should be. Much is due to my absences during this time period. You will recall me explaining to you that I had to take the city bus every morning to get to school and that I would often miss the bus. Well the shamed-truth of the matter was not me getting up but rather not having the money for the bus and t'was impossible to walk there for school would be out by the time I arrived. So as a result I missed many days---over 15 days to be precise. I was on the edge of being failed due, not to my grades for they were hurting but still passing, but rather for all the days I had missed. However I had two things going for me: (1) All of my grades(though bad)were passing, and (2) I was One ,out of two, of there Varsity Debaters and I had

I.

Case 1:04-cv-00151-WO-PTS   Document 189-2   Filed 10/01/09   Page 10 of 20

won many various Awards and Honors that marked me as an Honor
student and not a Flunky. At the begining of the 6th six weeks
I took action and changed schools against the advise of my Teachers.
I did this so that i could take the school bus and thus be assured
of getting to school every day. This proved a good decision as
I was able to make it every day. I still did not due as well
as I could because of the little study time Iget. As soon as I
get home I go Straight to Work untill 2300 (thats 11pm for all
of you non-military experienced folks). Then could I go and study?
Sure I can-----just as soon as I take out all the dogs, feed them,
and then take them out again and water them.--------0100 (thats 1am)
-I sit down and try to study for a test---I find myself half
asleep and trying to keep the dogs quite.---- Then I wake up and
find that I did not set my alarm and that I have 10 min. to catch
the bus. So I came to find it difficult to study and depended on
my wit and intellect to pass the tests. And pass them I did; For
you will now observe under the box marked "6" on my report cards,
that all are either an "A" or an Above average "B". So in the
end I made HONOR ROLL****. Going on to the box marked "Ex" you
will locate my yearly exam scores. You must understand that these
were three hour tests and I was allowed no time to study for them,
save a half-hour before I took them. So many are low. I do recognize
that these grades are not good enough for anything:; But under
the circumstances I find that I am content that I passed AND STILL
HAVE A SHOT FOR THE AIR FORCE ACADEMY*

II.

<u>The Air Force Academy</u>- T'is all I think of. It's the goal that keeps me alive. It's the light that keeps me on the pathway to success. It's my life. It's my FUTURE or else It's my DEATH. It takes much to be part of it. I know I am capable of it---- But as of now I am unworthy. And it is this Knowledge that wakes me up in the night in tears. There is no greater enemy that I shall ever face that could be such an adversary as-myself. For t'is myself that I am at WAR against. When I do something that could hurt my future,I hear a voice inside of me screaming,tearing at me. It's like I know something is wrong but I do it anyway and then tear at myself for doing it. Then even when I cannot control something such as the dogs;I battle myself for not haveing the power to do anything and allowing it to shape my future. My Goals are high; but nothing impossible. It hurts me to Know that what is happening to me now will reflect my destiney ahead. I wish that I did not know and that I was just some average kid: At least there would not be so much self-imposed pain and pressure. No matter what I do ; I will never meet up to my expectations. For even if I fulfill my goals;that won't be enough nor done to perfection. I strive and aspire only for excellence. And whether my life be long or short lived I shall never give up my aspirations. I except fall-backs, misfortune, and mistakes but never till the end shall I except FAILURE.

I have no other way but the Academy. I cannot afford to pay
my way thru college. The Air Force Academy costs nothing. If I
AM selected I get paid to go there. And at the end of four years
I would come out with a Degree in Astronautical Engineering and
a commission in the United States Air Force. I must do everything
within my power to accomplish this goal. This means I must no
matter what have a stable home environment. At this point however
I will not explain to you how bad my home situation is. There shall
come a time when I shall tell you this, but for now just to keep
peace I'll let you go along with my mother's fairy-tale version.
Lets just say that when theres' a choice between me and the dogs
and who gets to eat; I go starving every time. But nay, I said I
would not Discuss this; so let us go on.

I have managed to continue my progress in CIVIL AIR PATROL.
As you observed on my heading I am now a cadet 1st Lt. and soon
to become a Capt. My position here at Berry Field Comp. Squad.
is that of Cadet Commander. My staff officers are very well
trained and shall be very helpful in my reorganization of the
squadron. I have also been selected as a member of the national
Cadet Advisory Councel and as the Group 3 Drill Team Commander
due to my great success at the last drill competition. This was
back in March. I arrived Friday night at Noxville for the
competition. However Group 3 did not have a squadron representing
it in the competition. So we put together all the squadrons to form
one drill team called Group 3. I was choosen as the commander.
Drill competition is serious and all of the other teams had been

iv.

practicing all year- and I was to put one together overnight*
Well not even overnight for as soon as I got to now my men we
had the first competition- The Cadet Bowl. This was the panel
Quiz portion of the competition. My first three members went
out and were doing well against this team called Tyson.
Tyson wins every year. They never lose and practice every day of
the year. Well they were losing 35-10 when all of a suden the
buzzers broke and the Quiz was called of due to tech. What
Luck....we were actually winning. WELL after dinner we began our
training. I marched them all night. We learned every move.
They thought it was tough; but after I let them go to bed at
0300 I had to stay up and memorize all 52 commands in order and
at what time and what foot to call them on. After two hours of that
I woke them up again and we went back out into the hotel parking
lot for some more drill and some PT (physical Training). After some
breakfast came the next part of the comp.- Volleyball. I was glad
that the drill comp. was still a little ways away, but was unsure
of this comp. because I did not even go over one rule of it. Well
there proved no need for such a thing as we forged ourseves into
a great team. We beat every team there. We put some of the top
teams to shame. At first everyone was laughing--to think we could
actually play from a team that was thrown together overnight.----
After our first three victories-they stopped smiling. WE beat
everyone but tyson. In the end there were Two undeffeated teams
left- us and Tyson. This was it...we had made it to the finals.
Tyson was confident on their soon victory. We were neck n'neck
all the way. For the first time in an endless amount of years;

V.

Case 1:04-cv-00151-WO-PTS   Document 189-2   Filed 10/01/09   Page 14 of 20

.....Tyson knew FEAR. But then it happened. Out weapon broke down....we began to make mistakes.....we began to break rules that the majority did not know of.....Tyson took the lead...... we never caught up.....Victory slipped thru our fingers. the final score was Tyson-15...Group 3-9.

Next came the mile run. We came in second at this right behind Tyson again. Up to this point we were doing great. We had surpassed some great teams. Then came drill...... We prayed for rain......It came, but only after we had drilled. We were not that bad. But compared to all of the others--we were not that good. We however to my suprise took 4th.

Then came Inevative Drill. This is when you do fancy footwork and make-up your own drill. The movements are to be precise and sharp. It takes a year just to teach it to the team......I had five minutes. We had not practiced once on this. So five minutes before we were to go on I took the team out in the hall and put together what I could. It was nothing like Tysons but I must say it was O.K.......when we were done the whole crowd went crazy.

At the Awards ceremony- Tyson of course won everything; save one. Group 3 was awarded a trophy for best team spirit and showmanship. I was awarded with a certificate of appreciation and was given a trophy for outstanding Leadership. It was great... then I had to go home--not what I would call a good ending.

I thus have high esteem and honor in C.A.P. I as well have an Advanced degree in First Aid and CPR. I have earned my R.O.P. (Radio Operaters Permit) and I am qualified for any S.A.R. (Search and Air Rescue) mission as Ground team commander. I am developing my Leadership abilities........the Academy wants Leadership.

I was blind.......a blind-fool who did not recognize when he was well off......I wake-up sweating.....I think it's all over---- just a nightmare that has now past......I think I'm back in Montgomery and it's a day after New years day......A dog barks and snaps me back to reality or rather the nightmare......
"wake-up; wake-up", I scream at myself..... I wake now in tears ....This is a wound that will never heal......I have learned from it....... Never shall I take anything for Granted.

Well this typewriter is starting to breakdown on me...so; I love you both very much and shall never forget how much you have helped me. I know you only want the best for me. I shall try to repay you both by succeeding. My mother is falling though and I fear I shall fall with her. I shall try and write more often. I love you. Please tell everyone that I love them as well and hug and kiss Nana for me.

      Love,

      Tallas Tomeny

# SCIENCE REPORT CARD

**GRADES 9-12**
Metropolitan Schools of Nashville and Davidson County

Pupil _Julbra Jomeny_  School _Glencliff_
Homeroom ____  Classroom _519_  Year 19 _87_ 19 _88_

| GRADE | FALL | | | | | | SPRING | | | | | | CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEVEL | 1 | 2 | 3 | Ex | Av | | 1 | 2 | 3 | Ex | Av | | EARNED |
| 10 | | | | | | | | 80 | 77 | 96 | 84 | 84 | ∅ |

_Biology 6-150_
Name of course

*No credit (excessive absences)

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Has understanding of subject content | | | | | | |
| Shows growth in understanding the world of science | | | | | | |
| Participates in projects | | | | | | |
| Uses proper laboratory technique | | | | | | |
| Has desirable scientific attitudes | | | | | | |

Items checked (✓) need improvement

### CLASS ATTENDANCE RECORD

| | | | | |
|---|---|---|---|---|
| Days Absent | | | | |
| Days Tardy | | | | |
| Dismissals | | | | |

85% attendance required in high school

**CODE**
| | Quality Points | | | Quality Points |
|---|---|---|---|---|
| A 93-100 | 4 | D 70-76 | | 1 |
| B 85-92 | 3 | F 0-69 | | 0 |
| C 77-84 | 2 | (no credit) | | |

Teacher _Mrs. Carol M. P. Foster_

---

# LANGUAGE ARTS REPORT CARD

Metropolitan Schools of Nashville and Davidson County

Pupil _Tomeny, Tallan_  School _Glencliff_
Homeroom ____  Classroom _E57_  Year 19 _87_ 19 _88_

| GRADE | FALL | | | | | | SPRING | | | | | | CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEVEL | 1 | 2 | 3 | Ex | Av | | 1 | 2 | 3 | Ex | Av | | EARNED |
| Ninth | | | | | 95 | | 90 | 97 | 91 | 93 | | | ½ |

_Oral Thinking 1-416_

*No credit (excessive absences)

| READING AND LITERATURE | Check (✓) Fall Spring |
|---|---|
| Reads at grade level | |
| Reads above grade level | |
| Reads below grade level | |
| Reads with understanding | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Has adequate speed | | | | | | |
| Has wide reading interests | | | | | | |
| **LISTENING** | | | | | | |
| Is alert in listening situations | | | | | | |
| Listens thoughtfully and critically | | | | | | |
| **WRITING** | | | | | | |
| Organizes and expresses ideas clearly | | | | | | |
| Shows originality | | | | | | |
| Writes correctly | | | | | | |
| Grammar | | | | | | |
| Spelling | | | | | | |
| Handwriting | | | | | | |
| **SPEAKING** | | | | | | |
| Organizes thoughts clearly | | | | | | |
| Presents ideas effectively | | | | | | |

Items checked (✓) need improvement

### CLASS ATTENDANCE RECORD

| | | | | |
|---|---|---|---|---|
| Days Absent | | | | |
| Days Tardy | | | | |
| Dismissals | | | | |

85% attendance required in high school

**CODE**
| | Quality Points | | | Quality Points |
|---|---|---|---|---|
| A 93-100 | 4 | D 70-76 | | 1 |
| B 85-92 | 3 | F 0-69 | | 0 |
| C 77-84 | 2 | (no credit) | | |

Teacher _McKiner_

Student I.D. # _____

# LANGUAGE ARTS REPORT CARD
Metropolitan Schools of Nashville and Davidson County

Pupil _Tommy Tallas_  School _Glencliff_  Year 19 _87_/19 _88_

Homeroom _____  Classroom _E57_

| GRADE | FALL | | | | | | SPRING | | | | | | CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEVEL | 1 | 2 | 3 | Ex | Av | 4 | 5 | 6 | Ex | Av | 5 | 6 | EARNED |
| Eng. II |  |  |  |  |  | 65 | 67 | 92 | 92 | 79 |  |  | 1/2 |
| Honors | | | | | | | | | | *No credit (excessive absences) | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| 1-2-3 | Check (✓) Fall Spring | | | | | |

**READING AND LITERATURE**
Reads at grade level
Reads above grade level
Reads below grade level
Reads with understanding
Has adequate speed
Has wide reading interests

**LISTENING**
Is alert in listening situations
Listens thoughtfully and critically

**WRITING**
Organizes and expresses ideas clearly
Shows originality
Writes correctly
  Grammar
  Spelling
  Handwriting

**SPEAKING**
Organizes thoughts clearly
Presents ideas effectively

*Items checked (✓) need improvement*

### CLASS ATTENDANCE RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Days Absent | | | | | | 1 |
| Days Tardy | | | | | | |
| Dismissals | | | | | | |

*85% attendance required in high school*

CODE
| | Quality Points | | | Quality Points |
|---|---|---|---|---|
| A | 93-100 | 4 | D | 70-76 | 1 |
| B | 85-92 | 3 | F | 0-69 | 0 |
| C | 77-84 | 2 | | (no credit) | |

Teacher _McKinnon_

---

Student I.D. # _____

# PHYSICAL EDUCATION REPORT CARD
Metropolitan Schools of Nashville and Davidson County

Pupil _Tommy Ace_  School _Glencliff High_  Year 19 _87_ 19 _88_

Homeroom _____  Classroom _Gym_

| GRADE | FALL | | | | | | SPRING | | | | | | CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEVEL | 1 | 2 | 3 | Ex | Av | 4 | 5 | 6 | Ex | Av | 5 | 6 | EARNED |
| 9 | | | | | | 81 | 81 | 85 | 74 | 80 | | | 1/2 |
| 3-111 | | | | | | | | | *No credit (excessive absences) | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Develops coordination | | | | | | |
| Shows knowledge of rules | | | | | | |
| Practices good sportsmanship | | | | | | |
| Develops physically | | | | | | |
|   Strength | | | | | | |
|   Endurance | | | | | | |
| Participates | | | | | | |
|   Dress | | | | | | |
|   Activities | | | | | | |
|   Shower | | | | | | |

*Items checked (✓) need improvement*

### CLASS ATTENDANCE RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Days Absent | | | | | | 0 |
| Days Tardy | | | | | | |
| Dismissals | | | | | | |

*85% attendance required in high school*

CODE
| | Quality Points | | | Quality Points |
|---|---|---|---|---|
| A | 93-100 | 4 | D | 70-76 | 1 |
| B | 85-92 | 3 | F | 0-69 | 0 |
| C | 77-84 | 2 | | (no credit) | |

Teacher _Saunders_

Case 1:04-cv-00151-WO-PTS   Document 189-2   Filed 10/01/09   Page 18 of 20

1731
# Drama SPEECH REPORT CARD

Student I.D. #

Metropolitan Schools of Nashville and Davidson County

Pupil _Tommy Talks_ School _Glencliff High_

Homeroom _____ Classroom _255_ Year 19_82_ 19_88_

| GRADE | FALL | | | | | SPRING Debates Drama | | | | | | CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEVEL | 1 | 2 | 3 | Ex | Av | 4 | 5 | 6 | Ex | Av | | EARNED |
| 10 | | | | | | 90 | 95 | 88 | 100 | 91 | | ½ |

Items checked (✓) below need improvement

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **CONTENT** | | | | | | |
| Seeks accurate and correct information | | | | | | |
| Prepares and organizes material well | | | | | | |
| **POISE** | | | | | | |
| Personality traits | | | | | | |
| Posture | | | | | | |
| Audience contact and body communication | | | | | | |
| **EXPRESSION** | | | | | | |
| Voice quality | | | | | | |
| Vocabulary | | | | | | |
| Pronunciation | | | | | | |
| Usage | | | | | | |
| Creativity | | | | | | |
| Speaks intelligently in group activities | | | | | | |
| Listens thoughtfully and critically | | | | | | |
| Gives and takes criticism intelligently | | | | | | |
| Participates in all speech activities | | | | | | |
| **APPRECIATION** | | | | | | |
| Appreciates good oral expression and drama | | | | | | |

### CLASS ATTENDANCE RECORD

Days Absent
Days Tardy
Dismissals

CODE
- A Superior
- B Above Average
- C Average
- D Low but Passing
- F No Credit

(Teacher may add plus or minus if he wishes)

Quality Points: 4, 3, 2, 1, 0

Teacher: _L. O'Malley_

---

Student I.D. # _____

# SOCIAL STUDIES REPORT CARD

Metropolitan Schools of Nashville and Davidson County

Pupil _Tommy Tarpley_ School _Glencliff_

Homeroom _Partlow_ Classroom _Partlow_ Year 19_82_ 19_82_

| GRADE | FALL | | | | | SPRING | | | | | CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LEVEL | 1 | 2 | 3 | Ex | Av | 4 | 5 | 6 | Ex | Av | EARNED |
| | | | | | | 84 | 90 | 98 | 79 | 88 | ½ |

_World History 51/9_ Items checked (✓) below need improvement

Name of Course

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Reads with accuracy and understanding | | | | | | |
| Contributes to discussion and planning | | | | | | |
| Finds and uses resource material, such as maps, charts, graphs and tables | | | | | | |
| Understands basic facts | | | | | | |
| Organizes information and ideas for effective written and oral expression | | | | | | |
| Has knowledge of current events | | | | | | |

### CLASS ATTENDANCE RECORD

| | | | |
|---|---|---|---|
| Days Absent | | | 0 |
| Days Tardy | | | 0 |
| Dismissals | | | |

P 27
A 0

CODE
- A Superior
- B Above Average
- C Average
- D Low but Passing
- F No Credit

(Teacher may add plus or minus if he wishes)

Quality Points: 4, 3, 2, 1, 0

Teacher: _M. Partlow_

CITATION TO ACCOMPANY THE

MERITORIOUS SERVICE AWARD

TO

CADET TALLAS TOMENY

Cadet Second Lieutenand Tallas Tomeny distinguished himself between 1 July 1987 and 24 August 1987 by volunteering and supervising the delivery of 6,000 (six thousand) Telephone Book Covers, door to door in the Montgomery area. He set up teams to make the deliveries and resupply points. He supervised and managed rest and lunch brakes. Kept track of the city maps so as to keep an even flow of deliveries. The delivery of these phone book covers was under some of the most adverse weather conditions. The temperatures were 90 degrees or more and the heat index over 100 degrees. Out of the 26 cadets who volunteered, nine cadets dropped out after the first day. Three more dropped out after the second day. There were times when he even made deliveries himself which set an example to the rest of the cadets. In supervising these deliveries he helped to earn for his squadron $1,000. His planning, and management of the cadets were responsible for the smooth operation of the phone book cover delivery. He is a credit to himself, his squadron, and the Civil Air Patrol.