# Metropolitan Public Schools

**NASHVILLE-DAVIDSON COUNTY, TENNESSEE**

Office of the Principal
GLENCLIFF HIGH

160 Antioch Pike
Nashville, Tennessee 37211

June 3, 1988

HQ USAFA/RRS
USAF Academy
Colorado Springs, Colorado 80840-9989

Dear Sir or Madam:

    Tallas Tomeny was in my world history class during the Spring Semester, 1988. I found him to be an intelligent young man who demonstrated an exceptional understanding of the subject matter covered in my course.

    It is with pleasure that I recommend him to you. It is my belief that Tallas would be a credit to the Air Force Academy, or to any other school that he might attend.

                        Sincerely Yours,

                        *Thomas E. Partlow*

                        Thomas E. Partlow
                        Teacher, World History



Mr. & Mrs. Tomeny
114 Melody Drive
Metairie, Louisiana
70001

your First Grandson

Pictures
Do Not Bend
Pictures

Show the pictures to Zakai,
yield to the Warning, & Liberty
please. 08-03-98

Dear Grandmother & Grandfather,

Thank you for the money and especially the letter and your words of wisdom.

I have just returned from the Tenn Wing Summer Encampment at Fort Campbell, Ky. It was indeed a challenge and adventure. I was a Flight Commander and responsible for 24 cadets. We slept in the open bay Army barracks. During the course of the week we went thru many training courses and military briefings. Of course we also had road marches, drill, Inspections, and late-night ready-Alert calls. Some of the Highlights were The Air Assault School (day and night). The Air Assault School of the 101st Airborn Division is the only one in the world. During our training with them we got into repell off their 35ft tower. This was easy stuff for me since I had already done all this at P.O.O. (Para rescue Orientation course). So I set the example and went up first. Then when I looked up and looked down — wow! 35-ft is further from the ground then I thought. The Instructor told me to lean over the edge and go on three. I quickly answered "Clear Air Assault Sgt!!" Then I leaned over and relaxed. Whats to worry? I tied the Swiss seat thats holding me up myself. I was not about to walk down the wall like some rookie. I jumped out and after two push offs from the wall I was on the ground. Every one was Impressed.  (1.)
My self and my Commander were chosen for a

Greater challenge. We were the only two cadets picked. We were going to go off the side that has no wall!! Just like they do it when they repell out of choppers. That might not have been a problem — but we were going to also do it Australian style (face first.)



AIR ASSAULT

This is how I did it the first time.

This is the Aussie style and free style — no wall/face first

We went first and got our course to change our rope around our waist (so one the holds grip). After being taught how to do it and then doing it we were all set for some training ??? went the Tower ?? that a female Senior member with us who decided to go for it as well. Then the shocker came. The Assault SGT told us to get our ___ up to the Tower Now. I tried to explain that we had not done this before & needed at least one practice down the 10ft tower. No go!! You never talk back to an Assault SGT.

(2)

Well we got up there and I once again started having second thoughts. None of us wanted to go first — but I was only a Captain and my Commander was a Col. so... The instructor gave me the instructions and checked my rope. "Clear Air Assault SGT!!" was my response. He told me to lean and I did. I could see the ground. "On three go!!" he screamed "Three, Two, one..." I released the grip on my break hand and in ½ a second I braked with 20ft to spare before impact with the ground. It was fast — no time to think. I loved it (once it was over). We went thru a whole lot of other similar training. The 2nd Highlight was the flight in the CH-47 Shinook. This is a Helicopter used for cargo transport — has two rotors top side. It was my first chopper flight and was great. We flew at tree top level at 120 knots which is about 190 miles per hour. I loved it. I was very sad when we had to leave and I know I'll miss everyone there and I do now. It was a great encampment!!

Well I'm back home now — why can't I ever get a good ending? — and school starts up soon and if I do not make any less than a 4.0 GPA this + next year, then I'll have failed myself. I can't live w/ failure. Mistakes I can handle — so long as I learn from them — never failure. We have to move in the next two weeks and school starts in the next two weeks (Aug 18, 1980). So finding a place is a priority as it will affect my grades.

(3)

If we move after school has already started

Well I have many other letters to write (mostly people from the encampment) so please know that I love you both & always will. Tell NANA that I love her and take care of her health. Please keep in touch I love you all

Love

Tallas "Heel" Tomeny
Your First Grandson

P.S. Tell Ester & the boys that I miss & love them.

(4.)



Tallas H. (Ar) Toweery
Rm# 211 Ellington Hall
University of Tennessee at Martin
Martin, TN 38238

Grandma & Grandpa
114 Melody Dr.
Metarie, La. 80007

## Dear Grandmother and Grandfather,

I apologize for the lengthy time it has taken me to communicate with you. I do hope everything is all right and that you are both in good health. I love you both and miss the family dearly.

I am now enrolled in the **University of Tennessee** and I'm majoring in Aerospace Engineering. I'm also in the Reserve Officer Training Corp (ROTC) Program and I'm a member of the **Ranger Team**. Thus far I have really enjoyed campus life. I am the team captain and coach of an Intramural Football team and I will probably be joining a Fraternity after this semester- I want to wait until I have some idea of how my grades will be. I'm taking the following courses right now: **Math 140, Chemistry 121, Military Science 101, Military Science 121, English 111, and Engineering Graphics.** All of them are tough. My total hours right now for this semester is 16. I have been awarded 16 semester hours already for my schooling as an MP. That means that I will have enough hours to be a sophomore after this semester.

My intentions right now are: To become an *Officer* in either the U.S. Air Force as a fighter pilot or in the U.S. Army as a chopper pilot. In both of these fields I will be able to make practical applications in my major as an aerospace engineer. I plan on retiring as an officer when I'm 37 years old and then work for either an Aerospace corporation like McDonald Douglas or for NASA. If I ever have the opportunity to become an **Astronaut** then that is definitely what I'll take.

Of course right now I'm just trying to make it through my first year in college. I have not gotten a job here yet, but I'm sure I will soon. My hours available for one are very limited due to classes and studying. If I can make it through this first year and keep good grades then the ROTC program would take care of the rest of my years here with a full scholarship.

Well I'm afraid I won't be able to offer you two a great grandson, or daughter, for some time now. I have no intentions of getting married until I have retired and then can properly raise a family. Besides that I am really enjoying the Dating game here. There are two girls that I've had a little more than dating interests in- One is Taunia, who is a Pre-Law student here and the other is Stephanie, who is a Pre-Med student here. I have been more interested in them then the others because unlike the others they actually have character( still have beauty of course). So you can rest assured that when I do settle down your great grand children will be raised properly and comfortably so that they may proudly carry on the TOMENY name.

I am not certain whether I'll be able to come down for Christmas. I most certainly want to with all my heart, but I'm not certain how my time table will work out. I'll start saving up the money now and if all works out I'll be their over the holidays.

I'm going to try and write every one else sometime during this month, but please tell Liberty, Zakai, Lyn, Pixi, Bill, Tommy, Kathy, and little Mark that I love and miss them all. I really miss you both dearly. Please write back and if possible I ask that you send me a Bible. I have some small ones, but not a real concise one. I love you both and your always in my prayers.

Love

𝕮𝖆𝖑𝖑𝖎𝖘 𝕯. (𝕬𝖈𝖊) 𝕿𝖔𝖒𝖊𝖓𝖞

First grandson of Mr. and Mrs. Tommy





Spc Tomeny, Tallas L.
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
4015th M.P. Camp
APO NY 09616-5000

—OPERATION DESERT STORM—

23 Jan 91

Grandma, Grandpa, Pixi, Mark Jr, Kathy, Lyn, Liberty, Zakai, Tommy, + Family,

Everything is going well. I'm serving as an MP over here. I've been everywhere in this country + my mission duties have varied. Currently in battle zone near Kuwait, Can't tell you exactly where. Its real hot during the day and cold at nite and in the morning. Glad I got to talk to ya before I left the city. I Love you all and think about you always. Liberty — congradulations Can't wait to see him. Zakai — I Love brother

Love y'all,
Talla

Friday, April 3, 1992

# Dear Grandmother and Grandfather,

I miss you all very much. I have not received, to date, any response to my last five letters now so I am kinda worried. Since my return from overseas I have been unable to recall the telephone number there and am not entirely certain of the address. As explained in my previous letters I have been involved in some very high tech training for the military since I graduated from Airborne school. It takes up every bit of free time I have away from school. However soon I'll be through it and then my only association with the military will be through the ROTC department here at Ole Miss. The semester is coming to an end very quickly now and soon I'll be a Junior. My degree is now

starting to get much harder. I still have not complexly fallen in love with mathematics yet, which is neccesary for my engineering degree, but I'm trying. My Calculus course currently deals more with computers than mathematics and my physics deals only with mathematics and higher arithmetic. Science is no longer really fun to study- its just a bunch of formulas to solve and equations to derive.

I believe I mentioned in my last letter that I have fallen in love with a girl by the name of Donna Marie; Well I still am and engagement is not to far off and marriage when I get my degree. I would really like to get away one weekend and come down- perhaps now that my military obligations have been met I can start having weekends and plan my own life.

Well I don't want to write too much since I'm not really certain whether your receiving my

letters. If you do, then please write me...I am very interested in hearing news from the family. I miss you all dearly and love you lots. Your always in my prayers.

                Love,

                *Tallas H. Tomeny*



Tallas H. Tomeny
The University of Mississippi (Ole Miss)
619 University Ave bld 7, Apt 3
Oxford, Ms
38655

Mr. and Mrs. Tomeny
114 Melody drive
Meterie, La.
70001